AO 91 (Rev. 08/09)  Criminal Complaint

AUSAQA Mark Marshall

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
2013 MAR 14 PM 2:44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Harve Christopher BOYD | ) Case No. |
| Dana Susanne PRICE | ) |
| | ) 1:13-m-136 |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7th, 2013__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| United States Code Title 21, Section 841 (a)(1), and 846 | Intentionally, knowingly, and unlawfully conspired with persons known and unknown, to possess with intent to distribute an illegal controlled substance, to wit: Methamphetamine. |

This criminal complaint is based on these facts:

During the month of March 2013 your affiant received information from a credible and reliable confidential informant about two subjects were identifed as Harve Christopher BOYD W/M 07-20-1972 and Dana Susanne PRICE W/F 05-16-1965 were in the ongoing business of selling and large amount of methamphetamine in the Austin Texas area. During the course of this investigation, your affiant conducted a controlled buy operation instructing the confidential

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Austin Police Detective Lonnie Gall 4040
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/14/13

_____
*Judge's signature*

City and state: Austin, TX

ANDREW W. AUSTIN
United States Magistrate Judge
*Printed name and title*

informant to contact PRICE for the purpose of purchasing methamphetamine from her. The confidential informant was able to purchase a distributable amount of methamphetamine from PRICE at the residence located at 5000 Westfield. The confidential informant informed your affiant that PRICE and BOYD were in possession of a large amount of additional methamphetamine at the residence.

A state no knock search warrant # SW13075856 for the residence located at 5000 Westfield was applied for and signed by Judge Vitucci. This search warrant was executed on March 13th, 2013.

During the search officers located approximately 680 grams of methamphetamine, scales, numerous empty plastic baggies and food saver bags with methamphetamine residue, and $6740 in US currency. These items were seized from throughout the residence. Some of the methamphetamine was packaged in smaller plastic bags for distribution. BOYD was read his Miranda warning and confessed that the methamphetamine found in his room was his and that that he sold methamphetamine usually in ¼ ounce amounts. BOYD also confessed that the money seized from his room and his person was the proceeds from dealing methamphetamine. The pre-recorded buy money that was utilized to purchase methamphetamine from PRICE was found in BOYD jeans pocket.

Your affiant reviewed jail calls made by Harve Christopher BOYD W/M 07-20-1972 Travis County Jail Booking # 1310182. Jail call records show that BOYD placed a call to 512-748-6848 on 03-11-2013 @ 7:17 pm. This phone number belongs to PRICE. In fact, it is the same number used during the police operation to contact PRICE to set up the controlled buy. During their phone conversation, BOYD and PRICE discuss the identity of the confidential informant. BOYD and PRICE were able to deduce the identity of the confidential informant since PRICE only sold to this person on that day and the day before. An unknown male subject who calls himself "Eugene" can be heard on the line with PRICE. "Eugene" then asks PRICE if she knows where the confidential informant lives. PRICE states that she indeed knows where the confidential informant lives. They all quickly tell each other not to say anything else on the phone and BOYD tells PRICE and "Eugene" to talk about if after they are off of the phone. Furthermore during this phone call, BOYD gives PRICE a list of names of people to contact and the amount of money they owe to him. This list includes multiple people and several thousand dollars.

Austin Police Detective Eastlick conducted a preliminary chemical analysis of the suspected methamphetamine with the result being positive for methamphetamine.