UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | CASE NO: A:13-CR-165 LY |
| | § § | |
| HARVE CHRISTOPHER BOYD | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE:    Warden, Travis County Jail

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **HARVE CHRISTOPHER BOYD,** who is currently in your custody, for appearance in this Court at 501 W. 5th Street, Austin, Texas, on **May 1, 2013**, at 2:00 p.m. and there to remain in the custody of the said Marshal, or his duly authorized representative, during, and any further proceedings to be had in the above-styled cause, and at the termination of said proceeding to return said HARVE CHRISTOPHER BOYD to the custody of Warden, Travis County Jail.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance. HEREIN, FAIL NOT, but make due return of this Writ. WITNESS, the Honorable Andrew Austin, United States Magistrate Judge, Western District of Texas, and the Seal of this Court hereto affixed this 26th day of April, 2013

WILLIAM G. PUTNICKI, CLERK

By:    *Deanna Massie*
Deanna Massie
Deputy Clerk