Filed 5/9/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:13-CR-00165(1)-LY |
| (1) Harve Christopher Boyd<br>*Defendant* | § § | |

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge MARK LANE for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 9th day of May, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE