UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Filed ___5/9/13___
Clerk, U.S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:   AU:13-CR-00165(1)-LY |
| | § |
| (1) Harve Christopher Boyd | § |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5-9-13

X _____
Defendant's signature

_____
Signature of defendant's attorney

David M.C. Peterson
Printed name of defendant's attorney

_____
Judge's signature

MARK LANE,
U.S. MAGISTRATE JUDGE
Judge's printed name and title