UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. A-13-CR-165-LY |
| | § USAO # 2013R06633 |
| HARVE CHRISTOPHER BOYD | § |
| SID# 05762449, TDCJ # 01853417 | § |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the 25th day of July, 2013; that the Defendant is incarcerated and is now in the custody of the Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden of the Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on 25th day of July, 2013, at 0900 for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By:    /s/MARK H. MARSHAL
       MARK H. MARSHALL
       ASSISTANT U.S. ATTORNEY
       816 Congress Avenue, Suite 1000
       Austin, Texas  78701
       (512)916-5858 (office)
       (512)916-5854 (fax)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | **CRIMINAL NO. A-13-CR-165-LY** |
| § | **USAO # 2013R06633** |
| **HARVE CHRISTOPHER BOYD** § | |
| **SID# 05762449, TDCJ # 01853417** § | |
| § | |
| § | |

ORDER FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Austin, Texas, on _____, 2013; that the Defendant is now incarcerated, and in the custody of the Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Warden, Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Austin, Texas, at _____, on _____, 2013, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said Defendant to the custody of the United States Marshal's Service.

SIGNED and ENTERED at Austin, Texas, this ____ day of _____, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE