UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL 15  PM 3: 22

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § § CRIMINAL NO. A-13-CR-165-LY |
|  | § USAO # 2013R06633 |
| HARVE CHRISTOPHER BOYD | § |
| SID# 05762449, TDCJ # 01853417 | § § § |

## ORDER FOR ISSUANCE OF WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Austin, Texas, on *July 25*, 2013; that the Defendant is now incarcerated, and in the custody of the Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Warden, Estelle State Jail, 264 FM 3478, Huntsville, TX 77320-3320, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Austin, Texas, at _____, on *July 25*, 2013, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said Defendant to the custody of the United States Marshal's Service.

SIGNED ████████ at Austin, Texas, this *15th* day of *July*, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE