UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | AU:13-CR-00165(1)-LY |
| § | |
| (1) HARVE CHRISTOPHER BOYD § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, August 29, 2013 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 25th day of July, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE